**2009**                UNITED STATES BANKRUPTCY COURT
                           SOUTHERN DISTRICT OF OHIO
                                WESTERN DIVISION

IN RE:                          :       CASE NO. 09-12288

THOMAS D FISHER                 :       CHAPTER 13

    DEBTOR                      :       JUDGE PERLMAN

                                :       MOTION FOR VOLUNTARY DISMISSAL

    Comes now the debtor and respectfully asks the Court to voluntarily dismiss this case.  See 11 U.S.C. Section 1307(b).


                                         Respectfully Submitted,


                                         /s/  Paul J. Minnillo
                                         Paul J. Minnillo (0065744)
                                         MINNILLO & JENKINS Co. LPA
                                         2712 Observatory Avenue
                                         Cincinnati, OH 45208
                                         (513)723-1600/(513) 723-1620 (Fax)
                                         pjminnillo@minnillojenkins.com


                                         /s/  Thomas Fisher
                                         Thomas Fisher
                                         6295 Taylor Pike
                                         Blanchester, OH 45107

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Voluntary Dismissal was duly served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 27 day of August, 2009.

/s/ Paul J. Minnillo
Attorney for Debtor
Attorney Reg. No. 0065744

| | |
|---|---|
| Margaret A. Burks, Esq.<br>Chapter 13 Trustee<br>Cincinnati@cinn13.org | Chase Auto Finance<br>PO Box 901076<br>Fort Worth, TX 76101-2076 |
| U.S. Trustee<br>Ustpregion09.ci.ecf@usdoj.gov | Independence Recovery<br>PO Box 725637<br>Berkley, MI 48072 |
| Thomas Fisher<br>6295 Taylor Pike<br>Blanchester, Ohio 45107 | Stephanie L Fisher<br>6295 Taylor Pike<br>Blanchester, OH 45107 |
| C Edward Noe<br>2430 Central Parkway<br>Cincinnati, OH 45214 | |