IN THE UNITED STATES BANKRUPTCY COURT  bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
THOMAS D FISHER                                              CASE NO. 09-12288
6295 TAYLOR PIKE                                             CHAPTER 13
BLANCHESTER, OH  45107                                       JUDGE BURTON PERLMAN

    Debtor
    SSN(1) XXX-XX-5941

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
IN A DISMISSED CASE

---

The above case having been dismissed on Sep 22, 2009, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Apr 16, 2009. The case is submitted for closing as DISMISSED.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $2,135.76.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CHASE AUTO FINANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: 08 SUBARU OUTBACK - RELIEF GRANTED | | | | | |
| INDEPENDENCE RECOVERY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| C EDWARD NOE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: .00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIN. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $0.00 and was paid $0.00.
The Trustee was paid $0.00 pursuant to 11 U.S.C. 1302.
The Trustee was paid $0.00 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $2,135.76.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty (20) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                Respectfully submitted,

/s/  Margaret A. Burks, Esq.
   Margaret A. Burks, Esq.
   Chapter 13 Trustee
   Attorney No. OH 0030377

   Francis J. DiCesare, Esq.
   Staff Attorney
   Attorney No. OH 0038798

   Karolina F. Perr, Esq.
   Staff Attorney
   Attorney No. OH 0066193

   600 Vine Street, Suite 2200
   Cincinnati, OH 45202
   (513) 621-4488
   (513) 621 2643 (Facsimile)
   mburks@cinn13.org - Correspondence only
   fdicesare@cinn13.org
   kperr@cinn13.org
   cincinnati@cinn13.org - Court Filings